| PROB 22<br>(Rev. 2/88) | DOCKET NO. (Trans Court)<br>3:18CR00161-001- **IM** |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NO. (Rec. Court)<br>3:23-cr-5256-DGE |

| NAME OF PROBATIONER/SUPERVISED RELEASEE<br><br>NATHAN WHEELER | DISTRICT<br>Oregon | DIVISION |
|---|---|---|

| | NAME OF SENTENCING JUDGE<br><br>The Honorable Karin J. Immergut | |
|---|---|---|
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>7/21/23 | TO<br>7/20/26 |

OFFENSE

Wire Fraud; 18 U.S.C. § 1343
Attempt to Evade or Defeat Tax; 26 U.S.C. § 7201

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. ' 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Western District of Washington　upon that Court's order of acceptance of jurisdiction.　This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

08/24/2023

Effective Date                      United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

　　IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 29, 2023

Effective Date                      United States District Judge